1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY JACKSON, | ) | No. CV 14-804-JGB(CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT |
| | ) | AND RECOMMENDATION OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| E. VALENZUELA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objection has been made. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:    March 24, 2015

JESUS G. BERNAL
United States District Judge